IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 03 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02252-BNB

SHAWN D. ALLEN,

    Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS OFFICIALS EDWARD SNEAD,
ROBERT TUCKER,
RANDY ANDERSON,
BILLY BRUNELL,
JOHNNY DAVIS,
GERALD KNAPIC,
JAMES GRIGGS,
CELIA SWARTZ, and
JAMES MICHAUD,

    Defendants.

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

    Plaintiff, Shawn D. Allen, is a prisoner in the custody of the Colorado Department of Corrections. Mr. Allen initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 claiming that his rights under the United States Constitution have been violated. On September 22, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Allen to show cause why the misjoined parties in this action should not be dismissed or the claims against them severed into separate actions. On September 29, 2011, Mr. Allen filed "Plaintiff's Motion to Dismiss Defendants of Claims Two and Three in Response to Show Cause Order" (Doc. #6).

    The Court must construe the motion to dismiss liberally because Mr. Allen is not

represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to dismiss will be granted and the order to show cause will be discharged.

As noted by Magistrate Judge Boland, Mr. Allen asserts two numbered claims for relief in the Prisoner Complaint, each of which includes a number of subclaims. The first set of claims are asserted against Defendants Snead, Tucker, Anderson, Brunell, and Michaud. Mr. Allen's second set of claims are asserted against Defendants Davis, Knapic, and Griggs. Mr. Allen does not specifically assert any claim for relief against Defendant Swartz in the Prisoner Complaint.

In the motion to dismiss, Mr. Allen asks the Court to dismiss the claims against Defendants Davis, Knapic, Griggs, and Swartz, which he identifies as claims two and three in the Prisoner Complaint. Although there is no claim numbered three in the Prisoner Complaint, the Court assumes that Mr. Allen intended to assert a claim three against Defendant Swartz. In any event, the motion to dismiss will be granted and claim two in the Prisoner Complaint will be dismissed without prejudice. Defendants Davis, Knapic, Griggs, and Swartz will be dismissed as parties to this action.

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that Mr. Allen's first set of claims in the Prisoner Complaint asserted against Defendants Snead, Tucker, Anderson, Brunell, and Michaud do not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. The only remaining Defendants are Defendants Snead, Tucker, Anderson, Brunell, and Michaud. All other Defendants will be dismissed as parties to this action. Accordingly, it is

ORDERED that "Plaintiff's Motion to Dismiss Defendants of Claims Two and Three in Response to Show Cause Order" (Doc. #6) filed on September 29, 2011, is GRANTED. It is

FURTHER ORDERED that claim two in the Prisoner Complaint is dismissed without prejudice and Defendants Johnny Davis, Gerald Knapic, James Griggs, and Celia Swartz are dismissed as parties to this action. It is

FURTHER ORDERED that the Order to Show Cause (Doc. #5) entered September 22, 2011, is discharged. It is

FURTHER ORDERED that this case shall be assigned to Judge Christine M. Arguello pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael J. Watanabe.

DATED at Denver, Colorado, this __3rd__ day of ___October___, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02252-BNB

Shawn D. Allen
Prisoner No. 113014
Colorado Territorial Correctional Facility
PO Box 1010
Cañon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 3, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk