IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02252-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff(s),

v.

EDWARD SNEAD,
ROBERT TUCKER,
RANDY ANDERSON,
BILLY BRUNELL, and,
JAMES MICHAUD,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's "Temporary Restraining Order or Preliminary Injunction Rule 65(b) Affidavit.Motion" (Docket No. 12) is denied.  The relief plaintiff is seeking is not a temporary restraining order or a preliminary injunction, but a discovery order directing the defendants to preserve video recordings.  The motion is denied for the reasons stated by this court in a Minute Order denying plaintiff's motion for the same relief in another action brought by the plaintiff, Civil Action No. 11-cv-01424-CMA-MJW, Docket No. 45, which was affirmed by Judge Arguello on December 15, 2011 (Docket No. 55 in the other case).  Plaintiff, in fact, notes in the instant motion that he filed the same motion in the other case.  (See Docket No. 12 at 1).

Dated: December 21, 2011