**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv–2252-CMA-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS OFFICIALS EDWARD SNEAD,
ROBERT TUCKER,
RANDY ANDERSON,
BILLY BRUNELL, and
JAMES MICHAUD,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff's Motion To Have This Civil Action Dismissed Without Prejudice (Doc. # 27) is GRANTED. It is hereby

ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. # 15) is DENIED AS MOOT.

DATED: July  10 , 2012

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge